**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01423-CR

### JAMES RAMSEY MITCHELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1352061-T**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on March 30, 2015, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE